IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1234-MHT |
| HOUSTON COUNTY BOARD OF EDUCATION, | ) ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 4, 2007, as to why said motion should not be granted as requested.

DONE this 5th day of March, 2007.

                                              /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE